# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **NICOLAS REYES** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19cv00035 |
| ) | |
| **HAROLD CLARKE,** *et al* ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

For good cause shown, and in consideration of the parties' Joint Motion to Dismiss and Retain Jurisdiction (the "Joint Motion"), the Court hereby GRANTS the Joint Motion and conditionally dismisses the above-titled action with prejudice under Federal Rule of Civil Procedure 41(a)(2). In accordance with the Settlement Agreement, which was filed with this Court as Exhibit A to the parties' Joint Motion, the Court specifically retains jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement and resolving any remaining issues under the stipulated protective order entered in this case, for a period of five (5) months from the date of this Order.

It is **SO ORDERED.**

ENTER:  January 15, 2021

/s/  JAMES P. JONES
United States District Judge